*Barry S. Turner, P.C.*
*Attorney at Law*
*780 Third Avenue, 14th Floor*
*New York, New York 10017*
*(212) 679-1000*
*Facsimile (212) 583-0072*

June 6, 2006

Hon. Allyne R. Ross
US District Court
225 Cadman Plaza East
Brooklyn, NY 11201
Via facsimile: (718) 613-2386

Re: <u>USA v. Michael Adams (Michael Erskine)</u>
CR-03-1368 (ARR)

Dear Judge Ross:

    I understand that there was some confusion as to Michael Erskine's surrender date. Both my client and I memorialized the date as, September 23, 2006. I am sure the transcripts of the sentencing hearing will reflect September 23, 2006 as his surrender date.

    I understand that the, AUSA Michael Ramos, has no objections to a September 23, 2006 surrender date.

    Thank you for your consideration.

Very truly yours,

Barry S. Turner

*[Handwritten annotations: "Granted. So ordered. ARR 6/6/06   cc: counsel, US Marshal"]*